**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                                                 Respondent,

v.

Carolyn Ann Hippenstiel,                                       Appellant.

————

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

————

Unpublished Opinion No. 2012-UP-347
Submitted May 1, 2012 – Filed June 6, 2012

————

**APPEAL DISMISSED**

————

Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Isaac McDuffie Stone, III, of Beaufort, for Respondent.

**PER CURIAM:**  Carolyn Ann Hippenstiel appeals her convictions of possession of a stolen vehicle and failure to stop for a blue light, arguing the circuit court erred in accepting her guilty plea for possession of a stolen vehicle because no evidence indicated Hippenstiel received the vehicle from someone who stole the vehicle.  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.